UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-14

---

JEFFREY M. FERRIS,

            Plaintiff,

    - against -

J.P. MORGAN CHASE & CO.,

            Defendant.

ORDER

13-CV-7933 (JPO) (RLE)

---

**RONALD L. ELLIS, United States Magistrate Judge:**

Following an Initial Pretrial Conference with the Parties on July 7, 2014, the Court **ORDERS** that:

(1) The Parties shall appear in court for a Status Conference on **September 30, 2014, at 10:00 a.m.**; and

(2) The discovery cutoff date is **December 12, 2014**.

SO ORDERED this 8th day of July 2014
New York, New York

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge